# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-2129 RSWL (MRW) | Date | February 1, 2017 |
|---|---|---|---|
| Title | Powers v. McDowell | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**          ORDER TO SHOW CAUSE RE: DISMISSAL

This is a state habeas action.  In October 2016, the Court stayed the action pursuant to Rhines v. Weber, 544 U.S. 269 (2005).  (Docket # 6.)  At that time, the Court also ordered Petitioner to file a status report on the first business day of every other month beginning in December 2016.

Petitioner failed to file any status report with the Court since then.  The Court therefore ORDERS Petitioner to show cause why the stay should not be lifted and the case dismissed or ordered to proceed.  Petitioner may respond to this order by submitting a detailed and accurate statement of the precise status of any pending state habeas proceedings and an explanation of why he failed to file a status report on time.

Petitioner statement will be due by no later than March 1 and will not exceed 5 pages.