# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LEE POWERS,<br>　　　Petitioner,<br>　　v.<br>NEIL McDOWELL, Warden,<br>　　　Respondent. | Case No. ED CV 16-2129 RSWL (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected and Petitioner's motion to amend his objections. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: 03/13/2018    s/ RONALD S.W. LEW
　　　　　　　　　　　HON. RONALD S.W. LEW
　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE