# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN LEE POWERS,<br><br>    Petitioner,<br><br>v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | Case No. ED CV 16-2129 RSWL (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 03/13/2018    s/ RONALD S.W. LEW
                                     HON. RONALD S.W. LEW
                                     SENIOR U.S. DISTRICT JUDGE